■ In the Matter of WILLIAM McSHANE, Respondent, v FRANK COVENEY et al., Constituting the Board of Elections in the County of Suffolk and ANTHONY NOTO, Appellants.—In a proceeding to invalidate petitions designating appellant Noto as a candidate in the Conservative Party primary election to be held on September 9, 1975 for nomination for the public office of legislator, 12th Legislative District, County of Suffolk, the appeal is from a judgment of the Supreme Court, Suffolk County, entered August 20, 1975, which granted the application. Judgment reversed, on the law and the facts, without costs; determination of the Commissioners of Election reinstated; and the name of candidate Noto directed to be placed on the ballot, with the following memorandum: Eight signatures were invalidated because four names appeared twice on the petition. In our opinion, only four should have been eliminated, which would leave the petition valid. Gulotta, P. J., Rabin, Christ, Benjamin and Shapiro, JJ., concur.

■ In the Matter of LINDA R. NATHANSON et al., Respondents, v DAVID GREENBERG, Appellant, et al., Respondents.—In a proceeding to invalidate petitions designating appellant as a candidate in the Democratic Party primary election to be held on September 9, 1975, for nomination for the public office of councilman of the City of New York for the 23rd Councilmanic District, Kings County, the appeal is from a judgment of the Supreme Court, Kings County, entered August 22, 1975, which granted the application. Judgment affirmed, without costs. No opinion. Gulotta, P. J., Rabin, Christ, Benjamin and Shapiro, JJ., concur.

■ In the Matter of WILSON G. PRICE, Appellant-Respondent, v JOSEPH A. McNAMARA et al., Constituting the Board of Elections in the County of Westchester, Respondents, and NICHOLAS J. CASELLA, JR., et al., Respondents-Appellants.—In a proceeding to invalidate petitions for opportunity to ballot in the Conservative Party primary election to be held on September 9, 1975 for nomination for the public office of county legislator, 12th Legislative District, County of Westchester, these are cross appeals from a judgment of the Supreme Court, Westchester County, entered August 21, 1975, which dismissed the proceeding. On appeal by petitioner, judgment affirmed, without costs. No opinion. Cross appeal dismissed as moot, without costs. Gulotta, P. J., Rabin, Christ, Benjamin and Shapiro, JJ., concur.

■ In the Matter of DOLORES A. RAGONE, Appellant, v JOSEPH A. McNAMARA et al., Constituting the Board of Elections in the County of Westchester, and HENRY RADDA, Respondents.—In a proceeding to validate petitions designating appellant as a candidate in the Conservative Party primary election to be held on September 9, 1975 for nomination for the public office of city councilman, seventh ward, in the City of Yonkers, the appeal is from a judgment of the Supreme Court, Westchester County, entered August 21, 1975, which denied the application. Judgment affirmed, without costs. No opinion. Gulotta, P. J., Rabin, Christ, Benjamin and Shapiro, JJ., concur.